**Electronically Filed
Supreme Court
SCWC-19-0000776
12-AUG-2024
01:41 PM
Dkt. 20 OGAC**

SCWC-19-0000776

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MAUNALUA BAY BEACH OHANA 28, a Hawai'i Non-Profit Corporation;
MAUNALUA BAY BEACH OHANA 29, a Hawai'i Non-Profit Corporation;
and MAUNALUA BAY BEACH OHANA 38, a Hawai'i Non-Profit
Corporation, individually and on behalf
of all others similarly situated,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

STATE OF HAWAI'I,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000776; CASE NO. 1CC051000904)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Kimura, in place of Ginoza, J., recused)

Petitioners Maunalua Bay Beach Ohana 28, Maunalua Bay

Beach Ohana 29, and Maunalua Bay Beach Ohana 38's Application for

Writ of Certiorari, filed on June 14, 2024, is hereby accepted and

will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Jordon J. Kimura

